429 A.2d 104

Commonwealth v. Mahoney, Appellant.

Submitted April 15, 1980. Joseph Kearney, for appellant; Robert T. Barletta, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, HOFFMAN and VAN der VOORT, JJ.

Judgment of sentence affirmed.